**William A. MURPHEY,
Plaintiff–Appellant,**

v.

**Gary MAYNARD, Secy–DPSCS; John Rowley, Commissioner of Corrections; Kathleen Green, Warden, ECI; Gregory Ward, ARP Coordinator, ECI; Steven G. Turnamian, M.D.; David Mathis, M.D.; Lynn Cole, Reg. Manager–CMS; Kevin Johnson, P.A.—CMS; Melissa Hipon Hexon, RN; Doctor Jahlali, M.D.; Maryam Messaforash, P.A., Defendants–Appellees,**

and

**David C. Donavan, Dr.; Charles Meeham, Staff Prism; Stephen Meeham, Staff Prism; Patrick Thomas, Staff Att. Prism, Defendants.**

No. 09–6873.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 3, 2010.

William A. Murphey, Appellant Pro Se. Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland; Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Murphey appeals the district court's orders denying his motion to appoint counsel, denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Murphey v. Maynard,* No. 8:08–cv–01711–DKC (D. Md. filed Jan. 23, 2009 & entered Jan. 26, 2009; Mar. 16, 2009; filed Apr. 15, 2009 & entered Apr. 16, 2009). We deny

Murphey's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*